**Auro Solutions, LLC dba Tower Title & Closing**
18 Imperial Place
Providence, RI 02903
(844) 944-2876

**BUYER(S) FINAL CLOSING STATEMENT**

File Number: CCI-105939-C
Loan Number: 875882
Sales Price: $644,420.70
Close Date: 11/5/2021
Disbursement Date: 11/5/2021

Type: Title Commitment
Property: 1042 PATTERSON ROAD
DAYTON, OH 45420 (MONTGOMERY)

Buyer(s): GLOBAL SIGNAL ACQUISITIONS IV LLC, A DELAWARE LIMITED LIABILITY COMPANY
2000 Corporate Drive
Canonsburg, PA 15317

Seller(s): THOMAS J. INTILLI, ESQ. AS QUALIFIED INTERMEDIARY FOR THE BREITENSTRATER TRUST
PO Box 340370
Dayton, OH 45434

| Description | Debit | Credit |
|---|---|---|
| **Deposits, Credits, Debits** | | |
| Contract sales price | $644,420.70 | |
| **Prorations** | | |
| Rev Share Rent 10/1/2021 to 11/5/2021 @ $997.94/Month | $1,131.00 | |
| Base Rent 10/1/2021 to 11/5/2021 @ $1,874.00/Month | $2,123.87 | |
| Verizon Rent 11/5/2021 to 2/1/2022 @ $532.40/Month | | $1,526.21 |
| **Title Charges** | | |
| Lender's coverage Premium $0.00 to | | |
| Owner's coverage $644,420.70 Premium $2,586.25 to Auro Solutions, LLC dba Tower Title & Closing (Westcor Land Title Insurance Company: $387.94) | $2,586.25 | |
| Abstract or title search to Auro Solutions, LLC dba Tower Title & Closing | $250.00 | |
| Settlement or closing fee to Auro Solutions, LLC dba Tower Title & Closing $1,000.00 | $1,000.00 | |
| Rec Svc Fee to Auro Solutions, LLC dba Tower Title & Closing $75.00 | $75.00 | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee: Grant of Easement to Tower Recording Account - Settlement $218.00 | $218.00 | |
| Recording Fee: Assignment and Assumption of Lease to Tower Recording Account - Settlement $626.00 | $626.00 | |
| Recording Fee: Nondisturbance & Attornment Agreement to Tower Recording Account - Settlement $106.00 | $106.00 | |
| **Additional Settlement Charges** | | |
| Attorney Fee to Hahn Loeser & Parks $2,500.00 (POC $2,500.00 by B) | | |
| Title Fee to Tower Title & Closing $800.00 (POC $800.00 by B) | | |
| Zoning Fee to Wireless Planning $300.00 (POC $300.00 by B) | | |
| Environmental Fee to ECA $2,345.00 (POC $2,345.00 by B) | | |
| Survey Fee to Geoline $3,000.00 (POC $3,000.00 by B)  TOTAL POC (B) $8,945.00 | | |
| TOTAL CHARGES  $661,481.82 | | |
| GROSS AMOUNT DUE BY PURCHASER  $651,010.61 | | |
| **Totals** | $652,536.82 | $1,526.21 |

Balance Due FROM Buyer: $651,010.61

File Number: CCI-105939-C

1 of 2

**EXHIBIT 2**

**APPROVED AND ACCEPTED**

BUYER(S)

Global Signal Acquisitions IV LLC, a Delaware limited liability company

By: *Lori Lopez*
Print Name: Lori Lopez
Title: Sr. RE Transaction Manager

**Auro Solutions, LLC dba Tower Title & Closing**
18 Imperial Place
Providence, RI 02903
(844) 944-2876

File Number: CCI-105939-C
Sales Price: $644,420.70
Close Date: 11/5/2021
Disbursement Date: 11/5/2021

## SELLER(S) FINAL CLOSING STATEMENT

Type: **Title Commitment**
Property: **1042 PATTERSON ROAD**
**DAYTON, OH 45420 (MONTGOMERY)**

Buyer(s): GLOBAL SIGNAL ACQUISITIONS IV LLC, A DELAWARE LIMITED LIABILITY COMPANY
2000 Corporate Drive
Canonsburg, PA 15317

Seller(s): THOMAS J. INTILLI, ESQ. AS QUALIFIED INTERMEDIARY FOR THE BREITENSTRATER TRUST
PO Box 340370
Dayton, OH 45434

| Description | Debit | Credit |
|---|---|---|
| **Deposits, Credits, Debits** | | |
| Contract sales price | | $644,420.70 |
| **Prorations** | | |
| Rev Share Rent 10/1/2021 to 11/5/2021 @ $997.94/Month | | $1,131.00 |
| Base Rent 10/1/2021 to 11/5/2021 @ $1,874.00/Month | | $2,123.87 |
| Verizon Rent 11/5/2021 to 2/1/2022 @ $532.40/Month | $1,526.21 | |
| **Title Charges** | | |
| Lender's coverage Premium $0.00 to | | |
| **Government Recording and Transfer Charges** | | |
| Transfer Tax: Grant of Easement to Tower Recording Account - Settlement    $1,934.00 | $1,934.00 | |
| **Totals** | $3,460.21 | $647,675.57 |

Balance Due TO Seller: $644,215.36

File Number: CCI-105939-C       1 of 2

**APPROVED AND ACCEPTED**

SELLER(S)

Thomas J. Intilli, Esq. as Qualified Intermediary for The Breitenstrater Trust

By: _/s/ Thomas J. Intilli_

Print Name: Thomas J. Intilli

Title: Qualified Intermediary

Read and Approved By:

The Breitenstrater Trust

By: Mila Investments, Ltd., an Ohio limited liability company as successor trustee

By: _/s/ Warren A. Miller_

Print Name: Warren A. Miller

Title: Managing Member