# THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO

_____ :
Plaintiff(s), : Case No: _____
:
vs. :
:
_____ :
Defendant(s). :

## DIVERSITY OF CITIZENSHIP DISCLOSURE STATEMENT

This Diversity of Citizenship Disclosure Statement is filed on behalf of _____ in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement that lists the name, and identifies the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

_____  _____
Party or Intervenor Name                                            Citizenship


_____  _____
Party or Intervenor Name                                            Citizenship

| | |
|---|---|
| _____ | _____ |
| Party or Intervenor Name | Citizenship |
| | |
| _____ | _____ |
| Party or Intervenor Name | Citizenship |

   **A supplemental diversity of citizenship disclosure statement will be filed upon any change in the information provided herein.**

| | |
|---|---|
| _____ | _____ |
| Date | Signature |
| | _____ |
| | Counsel For |