AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MILA INVESTMENTS, LTD <br> *Plaintiff* <br> v. <br> GLOBAL SIGNAL ACQUISITIONS IV, LLC, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:23-cv-167 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (Doc. No. 11) is DENIED and Defendant Global Signal Acquisitions IV, LLC's Cross-Motion for Summary Judgment (Doc. No. 15) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Summary Judgment

Date: 10/23/24

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*